**No. 10-5391. Aaron Michael Linzy, Petitioner v. United States.**

562 U.S. 919, 131 S. Ct. 289, 178 L. Ed. 2d 190, 2010 U.S. LEXIS 7449.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 604 F.3d 319.

**No. 10-5392. Darryl Jerome Moore, Petitioner v. Tennessee.**

562 U.S. 919, 131 S. Ct. 290, 178 L. Ed. 2d 190, 2010 U.S. LEXIS 7450.

October 4, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Tennessee, Middle Division, denied.

Same case below, 309 S.W.3d 512.

**No. 10-5395. Kendall R. Jones, Petitioner v. United States.**

562 U.S. 919, 131 S. Ct. 290, 178 L. Ed. 2d 190, 2010 U.S. LEXIS 7199.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 359.

**No. 10-5396. Kevin Lomack, Petitioner v. L.E. Scribner, Warden.**

562 U.S. 919, 131 S. Ct. 290, 178 L. Ed. 2d 190, 2010 U.S. LEXIS 7335.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5397. Billy Wayne Williams, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 919, 131 S. Ct. 290, 178 L. Ed. 2d 190, 2010 U.S. LEXIS 7387.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5398. Gene Shannon, Petitioner v. Robert P. Houston, Director, Nebraska Department of Correctional Services.**

562 U.S. 919, 131 S. Ct. 290, 178 L. Ed. 2d 190, 2010 U.S. LEXIS 7301.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5399. Ivan Von Staich, Petitioner v. Ben Curry, Warden.**

562 U.S. 919, 131 S. Ct. 291, 178 L. Ed. 2d 190, 2010 U.S. LEXIS 7219.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.